**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CORDELIA EVANS,**

    **Plaintiff,**

**v.**                                                                      **Civil Action No.: 1:05cv02160**

**UNUMPROVIDENT CORPORATION,**

    **Defendant.**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Defendant UNUMPROVIDENT Corporation in the above-captioned matter.

    Respectfully submitted,

    UNUMPROVIDENT CORPORATION

    By: /s/ Eric W. Schwartz
        Of Counsel

Eric W. Schwartz, Esquire (D.C. Bar No. 415292)
Jennifer A. Kerkhoff (D.C. Bar No. 475353)
TROUTMAN SANDERS LLP
401 9th Street, N.W., Ste. 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2950
Facsimile: (202) 274-2994
eric.schwartz@troutmansanders.com
jennifer.kerkhoff@troutmansanders.com

    *Counsel to Defendant UNUMPROVIDENT Corporation*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2005, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and counsel in this case, and was sent by regular mail to:

> Matthew H. Goodman, Esquire
> RENSIN & ROSENSTEIN, LLP
> 6200 Baltimore Avenue, Suite 400
> Riverdale, MD  20737

/s/ Eric W. Schwartz

303510