IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CORDELIA EVANS**,

      **Plaintiff,**             Civil Action No. 1:05cv02160-EGS

v.

**U**num**P**provident **CORPORATION,**

      **Defendant.**

### JOINT MEET AND CONFER REPORT

The parties, Plaintiff, Cordelia Evans ("Plaintiff"), and Defendant, UnumProvident Corporation ("Unum") submit this Joint Meet and Confer Report pursuant to Local Civil Rule 16.3. The joint report reflects the agreements reached by counsel during meet and confer session on December 7, 2005.

    1.    The parties believe that the case is likely to be concluded by dispositive motions.

    2.    The parties agree that Unum Life Insurance Company of America should be substituted as a defendant instead of UnumProvident Corporation and that UnumProvident Corporation should be dismissed.

    3.    The parties agree that it is the Court's prerogative as to whether the case should be assigned to a magistrate judge for discovery disputes only. The parties oppose assigning the case to a magistrate for any purpose other than discovery and mediation.

    4.    The parties will not rule out the possibility of settlement and will attempt to discuss same during the course of litigation.

    5.    The parties will not rule out the possibility of mediation and will attempt to discuss same during the course of litigation.

6. The parties believe that the case will be resolved by cross-motions for summary judgment. Plaintiff will file her Motion for Summary Judgment and Supporting Brief on or before April 14, 2006. Defendant will file its brief in opposition to plaintiff's Motion for Summary Judgment and in support of its cross Motion for Summary Judgment on or before May 12, 2006. Plaintiff may file a rebuttal brief on or before May 26, 2006. Defendant may file a reply to Plaintiff's rebuttal brief on or before June 9, 2006.

7. Discovery is unnecessary because the administrative record constitutes the only admissible evidence that should be before the Court for this claim. Defendant will provide to Plaintiff's counsel a copy of the administrative record.

8. The parties do not believe that expert testimony is necessary in this case.

9. This matter is not a class action.

10. The parties believe that bifurcation of this matter is not necessary.

11. The parties agree that a pretrial conference is unnecessary since there will not be a trial.

12. In light of the parties' agreement to disposition of this matter by cross-motions for summary judgment pursuant to the schedule set forth above, and, because plaintiff's counsel has a family medical matter to which he must attend on January 6, 2006, counsel request cancellation of the Court's January 6, 2006 Initial Scheduling Conference and notification from the Court of such cancellation and the requested approval of the proposed summary judgment briefing schedule.

DATED this 19th day of December, 2005.

| | |
|---|---|
| /s/ Matthew H. Goodman | /s/ Eric W. Schwartz |
| Matthew H. Goodman, Esq. (DC Bar No. 445404) | Eric W. Schwartz, Esq. (DC Bar No. 415292) |
| RENSIN & ROSENSTEIN, LLP | TROUTMAN SANDERS LLP |
| 6200 Baltimore Avenue, Suite 400 | 401 9th Street, N.W., Suite 1000 |
| Riverdale, MD  20737 | Washington, D.C.  20004 |
| Telephone:  (301) 864-4200 | Telephone:  (202) 274-2879 |
| goodman@r-rlaw.com | Facsimile:  (202) 274-2994 |
| | eric.schwartz@troutmansanders.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

303241