## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CORDELIA EVANS,**

   **Plaintiff,**          **Civil Action No. 1:05cv02160-EGS**

v.

**UNUMPPROVIDENT CORPORATION,**

   **Defendant.**

## RULE 41 STIPULATION OF DISMISSAL

   Plaintiff, pursuant to Fed. R. Civ. P. 41, submits this Stipulation of Dismissal, by which plaintiff dismisses this action with prejudice.

| | |
|---|---|
| /s/ Matthew H. Goodman | /s/ Eric W. Schwartz |
| Matthew H. Goodman, Esq. (DC Bar #445404) | Eric W. Schwartz, Esq. (DC Bar #415292) |
| RENSIN & ROSENSTEIN, LLP | TROUTMAN SANDERS LLP |
| 6200 Baltimore Avenue, Suite 400 | 401 9th Street, N.W., Suite 1000 |
| Riverdale, MD 20737 | Washington, D.C. 20004 |
| Telephone: (301) 864-4200 | Telephone: (202) 274-2879 |
| goodman@r-rlaw.com | Facsimile: (202) 274-2994 |
| | eric.schwartz@troutmansanders.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

305428